IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ARKANSAS ALUMINUM ALLOYS, INC.**            **PLAINTIFF**

v.           CASE No. 07-6064

**ACE PRECISION CASTINGS, LLC**           **DEFENDANT**

## JUDGMENT

In accordance with the order entered on even date granting plaintiff's **Motion to Enforce Settlement (Doc. 3)**, judgment is hereby entered in favor of plaintiff Arkansas Aluminum Alloys, Inc. against defendant Ace Precision Castings, LLC, in the amount of $199,117.00, with interest to accrue at .40% per annum.

IT IS SO ORDERED AND ADJUDGED this 16th day of September, 2009.

                                       /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE